Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities as Trustees, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SOIL ENTERPRISES, INC., a California corporation,<br><br>Defendants. | Case No.:  C11-5097 SBA<br><br>**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; REQUEST TO CONTINUE**<br><br>Date: February 2, 2012<br>Time: 2:45 p.m.<br>Dept.: TELEPHONIC APPEARANCE<br>Judge: Honorable Sandra Brown Armstrong |

Plaintiffs hereby submit their Case Management Conference Statement and Request to Continue Case Management Conference:

1.  As the Court's record will reflect, the Complaint was filed October 18, 2011 against Defendant to collect delinquent employee benefit contributions. Defendant was served on November 2, 2011, but did not file a response to the Complaint.  A Request for Entry of Default is being filed concurrently with this Case Management Conference Statement.

2.  I was contacted by the Agent for Service for Defendant, Richard Williams, who said that Defendant was willing to enter into a payment plan for all amounts owed. Mr. Williams advised that I should communicate directly with the Defendant from that point forward.

**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; REQUEST TO CONTINUE**
**Case No.: C11-5097 SBA**

1       3.    I provided Ken Manning of Soil Enterprises with a summary of all amounts owed, and we are currently trying to work out a payment plan. A Stipulated Judgment will be prepared to memorialize the agreement once we agree on the specific payment terms.

     4.    As it appears that this matter will resolve shortly, and in the interest of saving the fees and costs associated with participation in the Case Management Conference, I am asking that the Court continue it for 60 days to allow for settlement and the preparation and filing of a Stipulated Judgment.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 18th day of January, 2012, at San Francisco, California.

                                          SALTZMAN & JOHNSON LAW CORPORATION

                              By:    /s/ Michele R. Stafford
                                          Michele R. Stafford
                                          Attorneys for Plaintiffs

**ORDER**

IT IS HEREBY ORDERED THAT the Case Management Conference currently scheduled for February 2, 2012 is CONTINUED to **April 4, 2012 at 2:45 p.m.**  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement.  Plaintiff is responsible for filing joint statement no less than seven (7) days prior to the conference date.  The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff is responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.

IT IS SO ORDERED.

Dated:  1/23/12

*[signature]*
SAUNDRA BROWN ARMSTRONG
United States District Judge

# PROOF OF SERVICE

I, the undersigned, declare:

1. I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

2. I am over the age of eighteen and not a party to this action.

3. On **February 18, 2012**, I served the following document(s):

**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; REQUEST TO CONTINUE**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and First Class mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelopes were addressed and mailed as follows:

> Soil Enterprises, Inc.
> c/o Richard Williams, Agent for Service of Process
> 1331 B Street 1
> Hayward, CA  94541

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **February 18, 2012**, at San Francisco, California.

                                               /S/
                                   Elise Thurman
                                   Paralegal